**Opinion issued August 2, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-11-00612-CV

————————————

**PRSI TRADING COMPANY LP, Appellant**

**V.**

**ASTRA OIL TRADING NV, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-25450A**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 29, 2011. On July 2, 2012, the parties filed a joint motion which states that they have settled the case and executed the necessary settlement documents. The motion requests that this Court dismiss

the appeal, vacate the trial court's judgment, dismiss the case with prejudice, and release the supersedeas bond and rider filed with the Harris County District Clerk. *See* TEX. R. APP. P. 42.1. No opinion has issued.

The motion is granted, the trial court's judgment is vacated, all claims and counterclaims are dismissed with prejudice, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e), (f). We dismiss any other pending motions as moot. In accordance with the parties' agreement, the Harris County District Clerk shall release the supersedeas bond and rider filed by appellant. Pursuant to the agreement of the parties, Supersedeas Bond Number 8216-83-60 is hereby fully and unconditionally discharged and released, and Federal Insurance Company, its parents, affiliates and subsidiaries are hereby released from any and all past, present and future liability under said bond. Costs of the appeal are taxed against the parties who incurred them, in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(d). The Clerk is directed to issue the mandate upon issuance of this opinion, in accordance with the parties' agreement. *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.

2